# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM  MINUTES

---

Courtroom Deputy: Kathy Preuitt-Parks          Date: July 1, 2013
Court Reporter: Janet Coppock                  Time: 2 hours and 19 minutes
Probation Officer: Patrick Lynch               Interpreter: Melinda Gonzalez-Hibner

---

## CASE NO.  12-CR-00494-PAB

Parties                                        Counsel

**UNITED STATES OF AMERICA,**                  Robert Brown

      Plaintiff,

vs.

**OCTAVIO GONZALEZ-LINCE,**                    Warren Williamson




      Defendant.

---

## CONTINUED SENTENCING

---

**1:34 a.m.      COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

Interpreter sworn with no challenges to her qualifications.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
12-CR-00494-PAB
July 1, 2013

**ORDERED:** United State's Amended Motion for Downward Departure Pursuant to USSG § 5K3.1 [Docket No. 26] is **WITHDRAWN.**

Argument by Mr. Brown in support of the.

Comments by Mr. Williamson.

Court states its findings.

**ORDERED:** Government's Motion for Downward Departure Pursuant to 5K3.1. Questions by the Court [Docket No. 22] is **GRANTED.**

Argument by Mr. Williamson in support of the Defendant's Motion for Departure and/or Variance and comments addressing sentencing.

Government's Oral Motion for additional 2-level departure.

Argument by Mr. Brown and comments addressing sentencing.

Defendant addresses the Court.

Court states its findings.

**ORDERED:** Defendant's Motion for Departure and/or Variance [Docket No. 21] is **DENIED.**

**ORDERED:** Government's Oral Motion for additional 2-level departure is **DENIED.**

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on **March 22, 2013** to count **1 of the Indi**ctment.

**ORDERED:** Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be **imprisoned** for **30** months.

Court RECOMMENDS that the Bureau of Prisons place the defendant at **a facility in Colorado.**

Page Three
12-CR-00494-PAB
July 1, 2013

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **2** years.

**ORDERED:** **Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.
- (**X**) Defendant shall not unlawfully possess a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- (**X**) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) If defendant is deported, he shall not re-enter the United States illegally. If defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of he return.
- (**X**) If not deported, the defendant shall participate in and successfully complete a program of testing and/or treatment for alcohol abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Defendant advised of right to appeal. To the extent to which the defendant has waived some appellate rights, he is directed to consult with the plea agreement and his attorney. Any notice of appeal must be filed within 14 days.

Page Four
12-CR-00494-PAB
July 1, 2013

**ORDERED:**  A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**3:53 p.m.**      **COURT IN RECESS**

**Total in court time: 139 minutes**

**Hearing concluded**